FLEMING ET AL., APPELLEES, *v.* A.A.S. SERVICE, INC., APPELLANT, ET AL.

[Cite as *Fleming v. A.A.S. Serv., Inc.,* 126
Ohio St.3d 108, 2010-Ohio-3132.]

(No. 2008–1852—Submitted March 31, 2010—Decided July 8, 2010.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Kaminski v. Metal & Wire Prods. Co.,* 125 Ohio St.3d 250, 2010-Ohio-1027, 927 N.E.2d 1066, and *Stetter v. R.J. Corman Derailment Servs., L.L.C.,* 125 Ohio St.3d 280, 2010-Ohio-1029, 927 N.E.2d 1092, and the judgment of the trial court is reinstated.

LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents for the reasons stated in his dissenting opinions in *Kaminski v. Metal & Wire Prods. Co.* and *Stetter v. R.J. Corman Derailment Servs.*

BROWN, C.J., not participating.

———————

James J. Gutbrod, for appellees.

Pelini, Campbell, Williams & Traub, L.L.C., Craig G. Pelini, and Kristen E. Campbell, for appellant.